## Clif TURNAGE *v.* STATE of Arkansas

CR 84-49                                    675 S.W.2d 625

Supreme Court of Arkansas
Opinion delivered September 17, 1984
[Rehearing denied October 22, 1984.]

*John F. Gibson, Jr.,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Dep. Atty. Gen., for appellee.

GEORGE ROSE SMITH, Justice. This appeal, brought to us under Rule 29 (1) (c), must be dismissed for want of a final order.

Clif Turnage was arrested and charged in the Monticello municipal court with contributing to the delinquency of four different minors. After having been convicted and fined $109 on each charge, Turnage appealed to the circuit court, where he argued that the clerk's fee for filing the record should be only $15 for a single appeal and not $60 for four appeals, as the clerk insisted. Turnage's motion to require the clerk to file the record for a $15 fee was overruled by the circuit judge, who held that Turnage must pay $15 for each of four appeals. Turnage appeals from that order, the charges not yet having been tried in the circuit court.

The trial judge's order is clearly not a final judgment, for the case is still awaiting trial on the merits in the circuit court. A judgment, to be final and appealable, must dismiss the parties from the court and conclude the controversy. *McIlroy Bank & Trust* v. *Zuber,* 275 Ark. 345, 629 S.W.2d 304 (1982); *Alexander* v. *State,* 260 Ark. 785, 261 Ark. 26, 545 S.W.2d 606 (1976). This order is merely interlocutory. Turnage's remedy is to pay the costs as demanded, seek to have them retaxed under the statute, Ark. Stat. Ann. § 27-2320 (Repl. 1979), and take an appeal if desired after the case has proceeded to a final judgment.

Appeal dismissed.